**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

7:21-cv-04552-CS

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of June, two thousand twenty-four.

Before:     Debra Ann Livingston,
               *Chief Judge*,
             José A. Cabranes,
             Maria Araújo Kahn,
               *Circuit Judges*,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jul 15 2024

_____

In Re: Windstream Holdings, Inc.
        Debtor.
**************************

**JUDGMENT**

Docket No. 22-2891

Windstream Holdings, Inc.,

     Debtor-Plaintiff-Appellant,

Official Committee of Unsecured Creditors of Windstream Holdings,Inc.

     Plaintiff,

v.

Charter Communications Operating, LLC, Charter Communications Inc.,

     Defendants-Appellees.

_____

The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

                                 For the Court:
                                 Catherine O'Hagan Wolfe,
                                 Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/15/2024